No. 68676.—Goldie Enterprises et al. *v.* United States, protests 63/7055, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical mixing machines similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiffs was sustained.

No. 68677.—Enlite Products Co., Inc., et al. *v.* United States, protests 63/13815, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68678.—General Chain Sales Corp. *v.* United States, protest 63/3714 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of extractors and parts thereof in chief value of metal the same in all material respects as those the subject of *General Chain & Belt Co.* v. *United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiff was sustained.